Michael Bernard WRIGHT,
Plaintiff–Appellant,

v.

Chairman Milton E. NIX, Jr., Georgia State Board of Pardons and Paroles, Defendant–Appellee.

No. 05–12787
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Feb. 23, 2006.

Michael Bernard Wright, Alamo, GA, pro se.

Christopher S. Brasher, Robert Wright Smith, Jr., Gerogia Attorney General's Office, Atlanta, GA, for Defendant–Appellee.

Before TJOFLAT, ANDERSON and BIRCH, Circuit Judges.

PER CURIAM:

In this case, the district court dismissed the plaintiff's complaint under 28 U.S.C. § 1915A for failure to state a claim for relief under 42 U.S.C. § 1983. Plaintiff is a Georgia prison inmate. His complaint concerns his eligibility for parole and the Board's refusal to release him on parole. He seeks $650,000 in compensatory and punitive damages.

In its dispositive order of May 5, 2005, record vol. 1 at tab 3, the district court analyzed the plaintiff's claim and found it meritless as a matter of law. The plaintiff now appeals, challenging the court's decision. We find no error in the court's analysis of his claim or in its application of the law thereto.

**AFFIRMED.**